Printed: 08/24/11 07:35 AM

Page: 1

# Claims Distribution Small Checks

## Trustee: Bridget A. Brine (430170)

**Case:** 10-50616 - MIKKELSEN, CLARA J.

| Account No. | Check No. | Issued | Claim No. | Filed | Payee/Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 9200366189256 | 110 | 08/24/11 | 10 | 08/24/11 | Payee: U.S. Bankruptcy Court / 610 | GE Money Bank | 277.54 | 277.54 | 2.71 | $2.71 |

Check Amount: 2.71

(*) Denotes objection to Amount Filed

RECEIVED 2011 AUG 24 AM 10:00 U.S. BANKRUPTCY COURT DULUTH, MN